FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MV 0942
(Inmate Number)

Sanford Williams Jr.,
SCI- Smithfield
1120 Pike Street
Huntingdon, PA. 16652

v.

Brandon P. Black
Stacy Blosser - Walmart
The Commonwealth

(Names of Defendants)

(Case Number)

COMPLAINT

FILED
SCRANTON

MAR 20 2020

PER _____ DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   
   Williams v Wagner (2016) Middle District
   Williams v Winter (2019) Middle District

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ___ Yes  ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ___ Yes  ___ No

      If your answer is no, explain why not _____

      _____

   C. Is the grievance process completed?  ___ Yes  ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant: Brandon P. Black is employed as a Pennsylvania State Police officer at the Gettysburg, PA. State Police Department.

B. Additional Defendants: Stacy Blosser is employed as an Asset Protection Walmart store employee at the Gettysburg, PA., Adams County Walmart.

Additional Defendants: The Commonwealth / District Attorney's Office in Gettysburg, PA., Adams County.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On or about March 24, 2019, in the Township of Gettysburg, PA., Adams County, State Police officer Brandon P. Black engaged himself in an act of official misconduct against Plaintiff Sanford Williams Jr., which during the performance of his duty as a Police officer, he aided and/or participated in the matter of "willful misconduct" against Plaintiff.

2

Attached Sheets.
Page 3.

IV. STATEMENT OF CLAIM

Plaintiff's claim against Defendant Brandon P. Black is that he unlawfully "charged" plaintiff for an F-3 Retail Theft offense, and charged plaintiff with an unlawfully created F-3 Conspiracy offense, which said action resulted in plaintiff being "falsely arrested".

Plaintiff's claim against defendant Brandon P. Black is that he committed an act of "Conspiracy" against plaintiff, i.e., defendant Black was in a secret cooperation with the Walmart store Asset Protection Employee Stacy Blosser, which they were in an agreement in the matter of falsely accusing plaintiff of stealing 125 cans of Infant Formula valued at $2,042.50, which defendant Black's basic false assertions made in his complaint "maliciously" instituted criminal proceedings against plaintiff in the court of law.

Plaintiff states that on March 21, 2019, he was arrested in Cumberland County for a Walmart Retail Theft. Subsequent to defendant Black being alerted of plaintiff's arrest in Cumberland County, he immediately applied for a warrant for plaintiff's arrest regarding a similar Walmart

3.

IV. STATEMENT OF CLAIM

Retail Theft in Gettysburg, PA., Adams County, without having any "requisite" knowledge or any competent evidence and/or without having Probable Cause, regarding the alleged Retail Theft.

Plaintiff states, that during defendant Black's hasty investigation of the alleged Retail Theft, he quickly collected inaccurate and/or false misleading "hearsay" information from the Walmart Asset Protection employee Stacy Blosser, which they both were in "agreement" to use the false misleading information/evidence against Plaintiff for Probable Cause to obtain a warrant for Plaintiff's arrest regarding the alleged Retail Theft.

Subsequently, in defendant Black applying for the warrant for Plaintiff's arrest, he gave the inaccurate false misleading "hearsay" information to law enforcement authorities as evidence in support of his Affidavit of Probable Cause for the issuance of the warrant for Plaintiff's arrest.

Plaintiff states that a Plaintiff may succeed in a 1983 action for "False Arrest" made pursuant

4.

IV. STATEMENT OF CLAIM

To a warrant if the Plaintiff shows by the preponderance of the evidence, that the officer knowingly and deliberately or with a reckless disregard for the truth, made false statements or omissions that created a falsehood in the matter in applying for a warrant, and that "such" statements or omissions are material or necessary to the findings of probable cause. It is also said that an officer in applying for a warrant "must" present to law enforcement authorities "accurate" and materially complete information or "the protection afforded by the Court's review is lost." In essence, as in this case, defendant Black's false statements to the law enforcement authorities were material or necessary to the findings of probable cause. It is also said that a warrant "must" be accompanied by an affidavit and sworn before the warrant issuing authority and establishing probable cause for the arrest and absence of probable cause, a warrant should not sustain on the "good faith" of the affidavit.

In essence, Plaintiff asserts with certainty that as in this case, the absence of the Walmart

5.

IV.   STATEMENT OF CLAIM

Asset Protection Store employee Stacy Blosser's inaccurate false misleading information that was given to defendant Black as evidence to support his affidavit of Probable Cause, defendant Black would not have had any "competent" evidence in support of his affidavit of Probable Cause for the issuance of the warrant for Plaintiff's arrest.

Plaintiff states that defendant Black in applying for the warrant for Plaintiff's arrest, he did not present to the law enforcement authority accurate and materially complete information as were required, which the law enforcement authority relied upon defendant Black's false misleading information as being true in the matter of making a determination to issue the warrant, which in essence, as a result of the law enforcement authority relying upon defendant Black's false misleading information as being true, the warrant was issued for Plaintiff's arrest.

Plaintiff asserts that defendant Black in applying for the warrant and giving false misleading information to law enforcement authority, he

6.

IV. STATEMENT OF CLAIM

Unduly swore, under oath, asserting positively in his "Declaration", under penalty of law that Plaintiff committed the F-3 "Retail Theft" offense and the F-3 "Conspiracy" offense, which were crimes that Plaintiff did not commit, which in essence, defendant Black perjured himself which is to say that defendant Black actions display that he committed an act of "Perjury" against Plaintiff.

Plaintiff asserts that when defendant Black unlawfully charged Plaintiff with the unlawfully created F-3 "Conspiracy" offense, he did not have a shred of evidence to substantiate his allegations of conspiracy against Plaintiff. He merely made up the alleged conspiracy offense as a means of enhancing the penalty against Plaintiff. Furthermore, had defendant Black had not been in such a haste to arrest Plaintiff and duly investigated the alledged Retail Theft, before applying for the warrant for Plaintiff arrest, he would have known for a fact that Plaintiff did steal or conspired to steal 125 cans of formula valued at $2,042.50 as he alleged in his complaint.

Respectfully submitted,

Dated: 3-16-2020

Sanford Williams Jr.
Pro-se

7.

V. Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Plaintiff Sanford Williams Jr. would like to sue defendant Brandon P. Black in his "Individual Capacity" and in his "Official Capacity". If Plaintiff should succeed in his lawsuit, Plaintiff Respectfully Requests

2. The Court to Award him in Monetary Damages in the Amount of $350,000.00 for Pain and Suffering, Mental Anguish, Punitive Damages, Cruel and Unusual Punishment, False Imprisonment

3. for "Conspiring" Against Plaintiff. Also, Plaintiff would like for the Court to file Charges Against defendant Brandon P. Black for Committing Acts of "Perjury" Against Plaintiff. And Prosecute him for his misconduct Against Plaintiff And for Court Costs And fees

Signed this __16TH__ day of __MARCH__, 2020.

_Sanford Williams Jr._
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__3-16-2020__          _Sanford Williams Jr._
(Date)                 (Signature of Plaintiff)

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

III. Defendants:

On or about February 23, 2019, in the Township of Gettysburg, PA., Adams County, Stacy Blosser, an Asset Protection Walmart Store employee during the performance of her duty as a Walmart store employee aided and/or participated in the matter of "Willful Misconduct" against Plaintiff by means of "Conspiring" and giving false misleading information to a law enforcement authority as evidence against Plaintiff for an unlawful purpose.

IV. STATEMENT OF CLAIM

On February 23, 2019, a Retail Theft allegedly was committed at a Walmart store in Adams County, Gettysburg, PA. Subsequently, defendant Black responded to the alleged crime, at which time, the Asset Protection store employee gave defendant Black (a state police) inaccurate false misleading information as evidence regarding the alleged crime and without any further investigation, defendant Black relied upon Stacy Blosser inaccurate false misleading information as being true and presented said inaccurate false misleading information to

Attached Sheets
Page 2.

IV. STATEMENT OF CLAIM

The law enforcement authority (defendant Black), which they both agreed to use the inaccurate misleading information as evidence against plaintiff. In essence, Stacy Blosser falsely accused plaintiff of stealing 125 cans of formula, which plaintiff did not steal any formula or did not commit any crime as were alleged.

Subsequently, defendant Black used the inaccurate false misleading information as evidence against plaintiff and presented it to the law enforcement authorities for probable cause for the issuance of the warrant for plaintiff's arrest. Furthermore, defendant Black presented the inaccurate false misleading information to the Adams County District Attorney's Office, which defendant Black's basic false assertions made in his complaint, "maliciously" instituted criminal proceedings against plaintiff.

Plaintiff states, when Stacy Blosser gave defendant Black the inaccurate false misleading information as evidence, they both knew or should have known that plaintiff did not steal 125 cans of formula valued at $2,042.50 as

2.

Attached Sheets
Page 3.

IV.    STATEMENT OF CLAIM

They both alleged, yet they both were in agreement to falsely accuse plaintiff of stealing 125 cans of formula, which was a crime that plaintiff did not commit, which as a result of Stacy Blasser and defendant Black being in an "Agreement" to falsely accuse plaintiff of stealing 125 cans of formula and agreed to use it as evidence against plaintiff. Their actions display that they were in agreement to commit an unlawful act against plaintiff and/or they committed an act of "Conspiracy" against plaintiff.

Dated: 3-16-2020

Respectfully Submitted,

Sanford Williams Jr.

Pro Se

V. RELIEF

What do you want the court to do?

Plaintiff Sanford Williams, Jr. would like to sue the Walmart Asset Protection Employee, Stacy Blosser in her "Individual Capacity" and in her "Representative Capacity" (Walmart). If Plaintiff is successful with his lawsuit, he respectfully requests the Court to award him in monetary damages in the amount of $350,000.00 for causing Plaintiff pain and suffering, punitive damages, for mental anguish, cruel and unusual punishment and for causing false imprisonment against Plaintiff. For court cost and fees.

Signed this 16 day of March, 2020

Sanford Williams Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-16-2020          Sanford Williams Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

III. **Defendants:**

On or about February 23, 2019, in Gettysburg, PA., Adams County, The Commonwealth-District Attorney's office, during the performance of it's duty as prosecution against Plaintiff Sanford Williams Jr. it engaged in the matter of official misconduct, which The Commonwealth-District Attorney's office aided and/or participated in acts of "Willful Misconduct" against Plaintiff, which is to say that The Commonwealth-District Attorney's office "Committed" an act of "Conspiracy" and "Malicious" Prosecution against Plaintiff.

IV. **STATEMENT OF CLAIM**

On or about February 23, 2019, Allegedly a Retail Theft occurred at a Gettysburg, PA., Adams County Walmart store. Subsequently, defendant Black made an investigation, which he obtained inaccurate false misleading information from the Walmart Asset Protection store employee, Stacy Blosser and from Blosser false misleading information, defendant Black used Blosser false misleading information as evidence for probable cause for the issuance of a warrant for Plaintiff's arrest. In the matter of using

Attachment Sheet
Page 2.

## IV. STATEMENT OF CLAIM

The false misleading information as evidence in support of his Affidavit of Probable Cause and as a result of the Law Enforcement Authority relying upon defendant Black's false misleading information as evidence being true, the Law Enforcement Authority issued a warrant for Plaintiff's arrest regarding the Gettysburg, PA, Adams County alleged retail theft.

Subsequently, defendant Black charged Plaintiff with an unlawful F-3 Retail Theft offense and with an unlawfully created F-3 Conspiracy offense which were crimes that Plaintiff did not commit. In essence defendant Black falsely charged Plaintiff with conspiring with an unidentified female to steal 125 cans of infant formula valued at $2,042.50 and/or falsely charged Plaintiff with stealing 125 cans of formula valued at $2,042.50.

Plaintiff asserts that subsequent to defendant Black falsifying his Complaint in the matter of unlawfully charging Plaintiff, he gave this false misleading information to the Commonwealth - District Attorney's office for prosecution against Plaintiff. In essence, the Commonwealth - District Attorney's office knew or should have known beforehand of defendant Black's

2.

## IV. STATEMENT OF CLAIM

information as being falsified information before commencing a prosecution against Plaintiff.

Plaintiff asserts that instead of the Commonwealth - District Attorney's office making a proper investigation of the matter, it opted to rely upon defendant Black's false misleading information as a means to prosecute Plaintiff, which said action resulted in the matter of "maliciously" instituting Criminal Proceedings against Plaintiff.

In essence, The Commonwealth - District Attorney's office used the WALMART Surveillance camera footage as it's evidence against Plaintiff in it's endeavor to build it's case against Plaintiff, which upon the Commonwealth - District Attorney's office, reviewing the camera footage, it knew or should have known that the camera footage did not show Plaintiff placing 125 cans of formula into the cart as were alleged and/or the camera footage did not show Plaintiff placing any formula into the cart or committing any crime.

Plaintiff asserts that despite the fact of the Commonwealth - District Attorney's office knowing Plaintiff did not steal 125 cans of formula, it was

Attached Sheets
Page 4.

IV.     STATEMENT OF CLAIM

determined to prosecute Plaintiff on the False F-3 Retail Theft And the unlawfully created F-3 Conspiracy offenses.

Plaintiff asserts that he relied upon his defense counsel to properly represent him, which he put his trust and confidence in his defense counsel to properly represent him, which his defense counsel betrayed Plaintiff by means of influencing Plaintiff and unlawfully inducing Plaintiff into entering a guilty plea to the falsified charges; And/or by being in a secret cooperation with the District Attorney's office, which is to say, defense counsel knew of the false F-3 offenses against Plaintiff and allowed the District Attorney's office to prosecute Plaintiff and use the False F-3 offenses as a plea bargaining tool, to get a conviction on Plaintiff, which the defense counsel and the District Attorney's office actions display they engaged in the matter of "Collusion" against Plaintiff to get a conviction. Also, their actions display that they deprived Plaintiff of his "Due Process" Rights.

Dated: 3-16-2020

Respectfully Submitted,
Sanford Williams Jr.
Pro Se

4.

V. RELIEF:

What do you want the court to do for you?

Plaintiff would like to sue the Commonwealth-District Attorney's office in it's "Official Capacity". If Plaintiff is successful with his lawsuit, he respectfully requests the court to award him in monetary damages in the amount of $350,000.00 for causing Plaintiff pain and suffering, mental anguish, cruel and unusual punishment, false imprisonment, for punitive damages and court costs and fees. Plaintiff would like to prosecute the District Attorney's office for conspiring with defense attorney for a conviction against Plaintiff.

Signed this 16th day of March, 2020.

Sanford Williams Jr.

I declare under penalty of law/perjury that the foregoing is true and correct.

Dated: 3-16-2020      Sanford Williams Jr.

5.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IV.     STATEMENT OF CLAIM

On or about February 23, 2019, in the Township of Gettysburg, PA., Adams County, the Commonwealth-District Attorney's Office committed an act of official misconduct against Plaintiff Satheo Williams Jr. by means of aiding and/or participating in the matter of "willful misconduct" against Plaintiff.

On or about February 23, 2019, defendant Brandon P. Black arrested and charged Plaintiff with a Retail Theft and Conspiracy offenses. Subsequently, during the course of the Criminal Proceeding, the Commonwealth-District Attorney's Office committed an act of "Defamation" of Character against Plaintiff by means of falsely accusing Plaintiff of committing a crime that Plaintiff did not commit nor was Plaintiff ever charged with such a crime. Subsequently the Commonwealth-District Attorney's Office "Disseminated" the false charge to the Pennsylvania State Police Department, which said false charge subsequently was filed in Plaintiff's Criminal History Record as a Conviction, which said action prejudiced Plaintiff and injured Plaintiff's Reputation and Ridiculed Plaintiff.

Sanford Williams Jr.
SCI-Smithfield MV0942
1120 Pike Street
Huntingdon, PA. 16652

Mr. Peter J. Welsh
Clerk of Courts
United States District Court
Middle District of Pa.
235 N. Washington Avenue
Scranton, PA. 18501

<u>Williams V Black</u>

Dear Court Clerk,
    Please find enclosed a copy of my Civil Complaint against Brandon P. Black which I would like for your office to file with the Court.
    Thank you Kindly.

Dated: 3-16-2020

Yours truly,
Sanford Williams Jr.
Pro se

Smart Communications/PADOC

SCI- Smithfield

Name Buford Williams JR

Number MY 0942

PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16652
02 4W $ 000.95⁰
0000372206 MAR 16 2020

Mr. Peter J. Welsh - Clerk of Courts
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA. 18501

RECEIVED
SCRANTON
MAR 20 2020
PER _____
DEPUTY CLERK

Legal Mail