Sanford williams Jr.
Fairlane Gardens
21 Fairlane Road
Reading, Pa.  19606

Honorable Karoline Mehalchick U.S.D.J.  Chief
United States District Court
Middle District of Pennsylvania
235 N.Washington Avenue
Scranton, Pennsylvania   18501

FILED
SCRANTON

APR 0 4 2022

PER _____
   DEPUTY CLERK

Williams V Commonwealth of Pennsylvania
No.3:20-cv-0465

Your Honor,

   Plaintiff respectfully request the court to accept this letter regarding the above caption matter. Your Honor, as the court has been informed, plaintiff was badly injured in a car accident and has been in the Hospital/Nursing home since then, July 8,2021. Plaintiff's

   is turned 81 years old on March 31,2022 and his health is not too good and is not doing too well.

   Your Honor, plaintiff is merely writing this letter to ask the court to consider moving this case, which has been pending in the court since the year of 2016.

   Thanking Your Honor for your time and all consideration given in this matter.

3-29-2022

Dated #-29,2022
cc/file
Defendants

Yours truly,

Sanford Williams Jr.

Sanford Williams Jr.
Fairlane Gardens
21 Fairlane road
Reading, Pa. 19606

Clerk of Courts,
United States District court
Middle District Of Pa.
235 N.Washington Avenue

Scranton,Pa.  18501

<u>Williams V Commonwealth</u>

<u>No.3:20-cv-0465</u>

Dear Court Clerk,

   Please find enclosed in this letter enclosed in this letter a leeter to the court that i would like for your office to file with the court.

Thank you kindly.                                  Yours truly,

Dated: 3-29-2022                                   *Sanford Williams Jr.*
cc/file
Defendants



Sanford Williams Jr.
Fairlane Gardens
21 Fairlane Road
Reading, Pa. 19606

HARRISBURG PA 171
11 APR 2022 PM 1 L

Clerk of Courts
United Stqaes District Court
Middle District Of Pa.
235 N.Washington Avenue
Scranton, Pa. 18501

RECEIVED
SCRANTON
APR 04 2022
PER _____
DEPUTY CLERK

18501-500198