THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANFORD WILLIAMS, JR., | : |
| Plaintiff, | : 3:20-CV-465 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Schwab) |
| BRANDON P. BLACK, *et al.*, | : |
| Defendants. | : |

**ORDER**

**AND NOW, THIS** \_\_\_\_ **DAY OF APRIL, 2022**, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 20) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 20) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Letter/Motion to Expedite (Doc. 19) is **DISMISSED AS MOOT**.

3. The above-captioned action is **DISMISSED without leave to amend**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge